# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INTERSTATE RESTORATION GROUP, INC. | CIVIL ACTION |
| | NO. 07-970 |
| VERSUS | |
| AL COPELAND INVESTMENTS, INC. ET AL. | SECTION M |

## ORDER

Before the Court is Defendants' Motion for Summary Judgment seeking to have this Court cancel the Statements of Claim and Privilege filed by Plaintiff Interstate Restoration Group, Inc. (Interstate) on the grounds that these statements were improperly filed and untimely. The motion is opposed by Interstate who alleges that there exists a plethora of genuine issues of material fact that preclude summary judgment. The Court agrees with Plaintiff.

**Accordingly**, Defendants' Motion for Summary Judgment is **DENIED**.

New Orleans, Louisiana, this 12th day of November, 2008.

Peter Beer
United States District Court