UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| INTERSTATE RESTORATION GROUP, INC. | * | CIVIL ACTION NO. 07-0970 |
| | * | |
| VERSUS | * | SECTION "K" |
| | * | |
| AL COPELAND INVESTMENTS, INC., ET AL | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE KNOWLES |

### ORDER

Considering the parties' Dismissal by Stipulation of Gulf Ventures Associates' claims against Clay Mazur as set forth in Gulf Ventures Associates' Amended Counterclaim;

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that Gulf Ventures Associates' claims against Clay Mazur as set forth in paragraphs XIV through XIX in Gulf Ventures Associates' Amended Counterclaim are dismissed with prejudice, with defendants reserving all of their claims and defenses against Interstate Restoration Group.

New Orleans, Louisiana this _____17th_____ day of _____August_____, 2009.

_____

UNITED STATES DISTRICT JUDGE